IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ADVA OPTICAL NETWORKING NORTH AMERICA, INC. and ADVA OPTICAL NETWORKING SE,<br><br>*Plaintiffs*,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD,<br><br>*Defendant*. | § § § § § § § § § § § CIVIL CASE NO. 2:23-CV-00201-JRG |

## ORDER

Before the Court is Plaintiffs ADVA Optical Networking North America, Inc. and ADVA Optical Networking SE ("ADVA") and Defendant Huawei Technologies Co., Ltd.'s ("Huawei") Joint Stipulation of Dismissal (the "Stipulation"). (Dkt. No. 34.) Pursuant to Rule 41(a)(1)(A)(ii), the parties stipulate that all claims in this action are dismissed without prejudice. (*Id.* at 1.)

Having considered the Stipulation, and noting its joint nature, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted in this case are hereby **DISMISSED WITHOUT PREJUDICE**, and any pending requests for relief are denied as moot. It is further **ORDERED** that each party bear its own costs, attorneys' fees, and expenses.

The Clerk of the Court is directed to **CLOSE** the above-captioned case as no parties or claims remain therein.

So ORDERED and SIGNED this 28th day of August, 2023.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE